UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 28, 2016
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.
EN LIN
~~2:16-MJ-00089-CKD~~,

Defendant.

Case No. 2:16-mj-00089-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ~~2:16-MJ-00089-CKD~~ / EN LIN,
Case No. ~~2:16-mj-00089-CKD~~  from custody for the following reasons:

\_\_\_\_\_   Release on Personal Recognizance

\_\_\_\_\_   Bail Posted in the Sum of $ _____

__X__   Unsecured Appearance Bond $   $10,000

\_\_\_\_\_   Appearance Bond with 10% Deposit

\_\_\_\_\_   Appearance Bond with Surety

\_\_\_\_\_   Corporate Surety Bail Bond

\_\_\_\_\_   (Other):

Issued at Sacramento, California on April 28, 2016 at   2:30pm

By: _/s/ Carolyn Delaney_

Magistrate Judge Carolyn K. Delaney